## Essie Weil, Appellee, v. Goldblatt Bros., Inc., Appellant.

### Gen. No. 43,245.

Heard in the first division, first district, this court at the October term, 1944; opinion filed March 26, 1945; rehearing denied April 11, 1945; released for publication April 11, 1945. Bernard Brown, for appellant; Wm. A. Goldman, of counsel; Charles W. Stiefel, Jr., for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.